## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMAN EDUCATION AND TRAINING, LOCAL 130, U.A., PLUMBERS' RETIREMENT SAVINGS PLAN FUND, LOCAL 130, U.A., and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., GROUP LEGAL SERVICES PLAN FUND, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No.: 19 CV 6670 Honorable Judge Pacold |
| v. | ) ) | Magistrate Judge Cummings |
| STARR PLUMBING, INC, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: Starr Plumbing, Inc.
Ms. Laura A. Scatchell, Registered Agent
912 Norwood Drive
Melrose Park, IL 60160

PLEASE TAKE NOTICE that on January 23, 2020 I shall appear before the Honorable Judge Pacold at approximately **9:30 a.m. in Courtroom 1425,** at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present my Motion for Default.

                                                                                 s/: Michael J. McGuire
                                                                                 By: Michael J. McGuire

Michael J. McGuire
ARDC #:6290180
Gregorio ♦ Marco
Attorney for Plaintiffs
2 North LaSalle Street
Chicago, IL 60602

STATE OF ILLINOIS)
        ) SS
COUNTY OF COOK )

 Sonya Bain being first duly sworn on oath, deposes and says that she served the above and foregoing Motion for Default by depositing in the U.S. mail at Two North LaSalle Street, Suite 1650, Chicago, IL, a true and correct copy thereof in a sealed envelope first class postage prepaid addressed to the person to whom said Notice is directed on the 17th day of January, 2020.

  Starr Plumbing, Inc.
  Ms. Laura A. Scatchell, Registered Agent
  912 Norwood Drive
  Melrose Park, IL 60160

**Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the Statements set forth in this instrument are true and correct, except as to Matters therein stated to be on information and belief and as to matters the Undersigned certifies as aforesaid that he verily believes the same to be true.**

            /s/: Sonya Bain
            **By: Sonya Bain**

Gregorio ♦ Marco
Attorney for Plaintiffs
2 North LaSalle Street
Chicago, IL 60602
(312) 263-2343