UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Plumbers Pension Fund, Local 130 U.A., et al.
                              Plaintiff,

v.                                               Case No.: 1:19–cv–06670
                                                            Honorable Martha M. Pacold

Starr Plumbing, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 23, 2020:

      MINUTE entry before the Honorable Martha M. Pacold: Status hearing and motion hearing held on 1/23/2020. Plaintiffs' motion for order of default and audit [7] is granted. The Court hereby enters a default pursuant to Rule 55(a) against defendant Starr Plumbing, Inc. for failure to timely appear, answer or otherwise plead to Plaintiff's complaint. Defendant is ordered to submit to an audit by Plaintiffs for the time period 1/1/2015 through 4/1/2019 to determine its full liability in this case. Plaintiffs' request for reasonable attorneys' fees [3] is denied without prejudice. Status hearing set for 3/5/2020 at 9:45 a.m.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.