IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMAN EDUCATION AND TRAINING, LOCAL 130, U.A., PLUMBERS' RETIREMENT SAVINGS PLAN FUND, LOCAL 130, U.A., and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., GROUP LEGAL SERVICES PLAN FUND, <br><br>    Plaintiffs, <br><br> v. <br><br> STARR PLUMBING, INC, <br><br>    Defendant. | Case No.: 19 CV 6670 <br><br> Honorable Judge Pacold <br><br> Magistrate Judge Cummings |

Now come the Plaintiffs, by and through their attorneys, Gregorio ♦ Marco, pursuant to the Court's Third Amended General Order 20-0012, filing this status report:

**STATUS REPORT**

**Procedural Posture:** Defendant was served with a copy of the Summons and Complaint on November 27, 2019. This Court compelled Defendant to produce certain books and records so a fringe benefit audit could be completed. This Honorable Court entered a default pursuant to FRCP 55(a) against Defendant on January 23, 2020 for its failure to timely appear or otherwise plead. To date, Defendant has not retained or filed a responsive pleading. Plaintiffs intend to file a Motion for Default Judgment with the Court once it is allowable.

**a) Progress of Discovery:** Discovery has not been issued in this matter as Defendant has failed to Answer or Otherwise Plead to the Complaint. The fringe benefit audit

has been completed and indicated contributions owed by the Defendant to the Plaintiff Trust Funds.

b) **Status of Briefing:** There is no briefing schedule before this Court.

c) **Settlement Efforts:** There have been no settlement discussions with the Defendant. The fringe benefit compliance audit and demand has been forwarded to Defendant's corporate officer.

d) **Agreed Schedule:** Plaintiffs will file their Motion for Default Judgment when directed and allowable by the Court.

e) **Discovery Schedule:** Plaintiffs do not propose a new discovery schedule in this matter given the procedural posture.

f) **Agreed Action:** Defendant has not retained counsel. There are no agreed matters between the parties at this time.

g) **Telephonic Hearing:** Plaintiffs do not request a telephonic status at this time.

By: /s/ Michael J. McGuire
Michael J. McGuire
One of the attorneys for the Plaintiffs

Michael J. McGuire
ARDC #: 6290180
Gregorio ♦ Marco
Attorney for Plaintiffs
2 N. LaSalle St., Suite 1650
Chicago, IL 60602
312/263-2343