AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMAN EDUCATION AND TRAINING, LOCAL 130, U.A., PLUMBERS' RETIREMENT SAVINGS PLAN FUND, LOCAL 130, U.A., and the PLUMBERS' DEFINED CONTRIBUTION FUND

V.

STARR PLUMBING, INC.

CASE NUMBER: 19-cv-06670

ASSIGNED JUDGE: Martha M. Pacold

DESIGNATED MAGISTRATE JUDGE: Jeffrey I. Cummings

TO: (Name and address of Defendant)

Starr Plumbing, Inc.
Ms. Laura A. Scatchell, Registered Agent
912 Norwood Dr.
Melrose Park, IL 60160

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Mcguire
Gregorio Marco
2 N. LaSalle Street, Suite 1650
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK


(By) DEPUTY CLERK

October 8, 2019

DATE

FORM **BCA-5.25** (rev. Dec. 2014)
**AFFIDAVIT OF COMPLIANCE
FOR SERVICE ON SECRETARY OF STATE**
Business Corporation Act

Department of Business Services
501 S. Second St., Rm. 350
Springfield, IL 62756
217-782-6961
www.cyberdriveillinois.com



NOV 2 7 2019

JESSE WHITE
SECRETARY OF STATE

Payment must be made by check or money order payable to Secretary of State.

Filing Fee: $10   File #: 56533257   Approved: JF

—— Submit in duplicate ——  Type or Print clearly in black ink ——  Do not write above this line ——

1. Title and Number of Case:
   *Plumbers Local 130 et al.*   first named plaintiff
   V.
   Starr Plumbing   first named defendant
   Number: 19 cv 6670

2. Name of corporation being served: Starr Plumbing

3. Title of court in which an action, suit or proceeding has been commenced: U.S.D.C for Northern Dist. Illinois

4. Title of instrument being served: Summons and Complaint

5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☑ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____ , _____ ; the conditions
                                          Month Day              Year
      of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

   d. ☐ The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on
      _____ , _____ .
      Month Day    Year

   e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: 912 Norwood Drive, Melrose Park, IL 60160

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   Signature of Affiant        November 11           2019
                                 Month Day          Year
   (312) 319-7608
   Telephone Number

Return to (please type or print clearly):

Mike McGuire
Name
2 N. LaSalle Street, Suite 1650
Street
Chicago, IL 60602
City/Town    State   Zip

Printed by authority of the State of Illinois. January 2015 — 1 — C 213.11