

# LEGACY
## PROFESSIONALS LLP
CERTIFIED PUBLIC ACCOUNTANTS

February 28, 2020

Starr Plumbing, Inc.
P.O. Box 1182　　　　　　　　　　Re: Star Plumbing, Inc.
Melrose Park, IL 60161-1120　　　 File # P130-1018-5125

Dear Contractor:

Enclosed, please find our audit report covering the period April 1, 2015 through December 31, 2018. The conclusions presented in this report are based on our recent analysis of your company's records.

As a result, it has been determined that there are additional amounts due for unreported hours as follows:

| | | |
|---|---:|---:|
| Pension Fund | | 7,141.14 |
| Pension Defined Contribution | | 1,171.51 |
| Welfare Fund | | 7,396.12 |
| Retiree Welfare Fund | | 1,732.31 |
| Education Fund | | 776.12 |
| Building Garage Fund | | 9.23 |
| Industry Fund | | 251.96 |
| Target Fund | | 214.50 |
| PAC Fund | | 0.00 |
| Dues Fund | | 1,095.89 |
| Savings Plan | | 0.00 |
| 401(K) Plan | | 0.00 |
| *Sub-total* | | 19,788.78 |
| Add 8% Liquidated Damages | 1,583.10 | |
| Add Interest @ prime plus 3% per month through **2/29/20** | 4543.06 | |
| | | 6,126.16 |
| *TOTAL* | | *$25,914.94* |

Please review the enclosed report and make check payable to L.U. 130 Payment Plan Account for the total amount due and submit payment directly to 1340 W. Washington Blvd, 3rd Floor, Chicago, Illinois 60607, within ten (10) days.

If you disagree with the report or any part thereof, you must **arrange within ten (10) days** to meet with us to discuss the area(s) of disagreement and present all records in support of your position.

If you have any questions about the report or wish to arrange submission of additional documentation, please contact us at the telephone number shown below.

If you disagree with the report but fail to meet with us and substantiate your position with records, or if the disagreements are not resolved, the matter will be referred by us to the attorneys for the Funds.

Very truly yours,

*Brandon Wolber*

Brandon Wolber, CPA
Legacy Professionals LLP


cc: Anthony M. Rottman
    Audit & Collections Committee

# Plumbers Local 130 U.A.

SUMMARY OF AMOUNTS DUE

|  | 2015 | 2016 | 2017 | 2018 | 2019 | TOTAL |
|---|---|---|---|---|---|---|
| Welfare Fund | $ 1,337.91 | $ 3,184.69 | $ 2,427.40 | $ 446.12 | $ - | $ 7,396.12 |
| Retiree Welfare Fund | $ 312.34 | $ 758.39 | $ 578.55 | $ 83.03 | $ - | $ 1,732.31 |
| Pension Fund | $ 1,262.52 | $ 3,050.37 | $ 2,379.19 | $ 449.07 | $ - | $ 7,141.14 |
| Pension Defined Cont. | $ 179.51 | $ 489.74 | $ 419.24 | $ 83.03 | $ - | $ 1,171.51 |
| Education Fund | $ 129.24 | $ 330.22 | $ 268.31 | $ 48.34 | $ - | $ 776.12 |
| *Education Fund* | *$ 93.34* | *$ 218.28* | *$ 173.98* | *$ 30.63* | *$ -* | $ 516.24 |
| *UA Training Fund* | *$ 11.97* | *$ 27.99* | *$ 20.96* | *$ 3.69* | *$ -* | $ 64.60 |
| *OSHA* | *$ -* | *$ -* | *$ -* | *$ -* | *$ -* | $ - |
| *App. Building Fund* | *$ 23.93* | *$ 83.96* | *$ 73.37* | *$ 14.02* | *$ -* | $ 195.28 |
| Industry Fund | $ 46.67 | $ 109.14 | $ 81.75 | $ 14.39 | $ - | $ 251.96 |
| Group Legal Fund | $ - | $ - | $ - | $ - | $ - | $ - |
| Building - Garage Fund | $ - | $ - | $ - | $ 9.23 | $ - | $ 9.23 |
| Dues Fund | $ 197.46 | $ 472.95 | $ 360.55 | $ 64.94 | $ - | $ 1,095.89 |
| *Working Dues Fund* | *$ 197.46* | *$ 472.95* | *$ 360.55* | *$ 64.94* | *$ -* | $ 1,095.89 |
| *Building Fund Fund* | *$ -* | *$ -* | *$ -* | *$ -* | *$ -* | $ - |
| *Pipe Trades Fund* | *$ -* | *$ -* | *$ -* | *$ -* | *$ -* | $ - |
| Target Fund | $ 29.92 | $ 69.96 | $ 94.33 | $ 20.30 | $ - | $ 214.50 |
| 401k | $ - | $ - | $ - | $ - | $ - | $ - |
| Savings | $ - | $ - | $ - | $ - | $ - | $ - |
| PAC | $ - | $ - | $ - | $ - | $ - | $ - |
| **Sub-Total** | $ 3,495.56 | $ 8,465.46 | $ 6,609.32 | $ 1,218.44 | $ - | $ 19,788.78 |
| *Add Liquidated Damages at 8%* | | | | | | $ 1,583.10 |
| *Add Interest at Prime + 3% per month* | | | | | | $ 4,543.06 |
| *TOTAL* | | | | | | $ 25,914.94 |



# LEGACY
PROFESSIONALS LLP
CERTIFIED PUBLIC ACCOUNTANTS

February 28, 2020

Anthony M. Rottman, Field Representative
Plumbers' Pension & Welfare Funds, Local 130, U.A.
1340 W. Washington Blvd.
Chicago, IL 60607

***THIS IS NOT A BILL.*** *IT IS ENCLOSED FOR YOUR INFORMATION ONLY.*

*The appropriate Funds will be billed for their portions of the total.*

For services rendered:

COMPLIANCE REPORT – Starr Plumbing, Inc.
File # P130-1018-5125

|  | Hours | Amount |
|---|---|---|
| Compliance Work & Report Preparation (Senior Auditor) | 3.20 | 316.80 |
| Supervision & Review | 2.40 | 312.00 |
| Administrative | .20 | 12.40 |
| Expenses |  | 0.00 |
| *Total* |  | $641.20 |

Compliance Report
to the Trustees,
Plumbers' Benefit Funds, Local 130, U.A.

--------

**Starr Plumbing, Inc.**
April 1, 2015 through December 31, 2018
P130-1018-5125



# LEGACY
## PROFESSIONALS LLP
### CERTIFIED PUBLIC ACCOUNTANTS

Trustees, Plumbers' Fringe Benefit Funds,
 Local 130, U.A.
c/o Anthony M. Rottman, Field Representative
1340 W. Washington Blvd., 3rd Floor
Chicago, IL 60607

Re:  Starr Plumbing Inc.                    File# P130-1018-5125
     Reporting Period: April 1, 2015 through December 31, 2018

We were engaged by the Board(s) of Trustees of the Plumbers' Fringe Benefit Funds, Local 130, U.A. (the Funds) to assist you in determining whether contributions to the Funds were made in accordance with the Collective Bargaining and Trust Agreements during the above referenced reporting period.

The management of Starr Plumbing Inc. is responsible for making contributions in accordance with the requirements of the Collective Bargaining and Trust Agreements.

This engagement was performed in accordance with Statements on Standards for Consulting Services issued by the American Institute of Certified Public Accountants.  We were not engaged to, and did not, conduct an audit, the objective of which would be the expression of an opinion. Accordingly, we do not express such an opinion.  Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

Our findings are included in the attached schedules.

This report is intended solely for the information and use of the Trustees and Administrator of the Plumbers' Fringe Benefit Funds, Local 130, U.A. and is not intended to be and should not be used by anyone other than these specified parties.

*Legacy Professionals LLP*

Westchester, Illinois

February 29, 2020

## Notes & Procedures

The records of Starr Plumbing Inc. were presented for inspection to determine compliance with the reporting requirements for monthly contributions to the Chicago Journeymen Plumbers Local 130, U.A. and related Fringe Benefit Funds were for the period April 1, 2015 through December 31, 2018.

Starr Plumbing Inc. was incorporated on September 13, 1991 as an S corporation in the state of Illinois. According to the corporate tax returns, the owners are John Scatchell, 49%, and Laura Scatchell, 51%. Ms. Scatchell was the contact for the audit.

Per Ms. Scatchell, Starr Plumbing does not have a license with Department of Public Health nor does the company have licensed plumbers. However, the corporate tax returns do show sales being reported for the audit period. Therefore, hours to complete reported sales were calculated by applying prevailing journeyman rate to reported sales. The calculated hours were reported in the last month of the corresponding year. The audit end date corresponds with the last year of corporate tax returns received. An exit interview was not provided; per Funds Representative Anthony Rottman proceed without it.

Our conclusion therefore indicates that the employer owes the following amounts for the report period.

|  | 2015 | 2016 | 2017 | 2018 | 2019 | TOTAL |
|---|---|---|---|---|---|---|
| Welfare Fund | $ 1,337.91 | $ 3,184.69 | $ 2,427.40 | $ 446.12 | $ - | $ 7,396.12 |
| Retiree Welfare Fund | $ 312.34 | $ 758.39 | $ 578.55 | $ 83.03 | $ - | $ 1,732.31 |
| Pension Fund | $ 1,262.52 | $ 3,050.37 | $ 2,379.19 | $ 449.07 | $ - | $ 7,141.14 |
| Pension Defined Cont. | $ 179.51 | $ 489.74 | $ 419.24 | $ 83.03 | $ - | $ 1,171.51 |
| Education Fund | $ 129.24 | $ 330.22 | $ 268.31 | $ 48.34 | $ - | $ 776.12 |
| Industry Fund | $ 46.67 | $ 109.14 | $ 81.75 | $ 14.39 | $ - | $ 251.96 |
| Group Legal Fund | $ - | $ - | $ - | $ - | $ - | $ - |
| Target Fund | $ 29.92 | $ 69.96 | $ 94.33 | $ 20.30 | $ - | $ 214.50 |
| Building - Garage Fund | $ - | $ - | $ - | $ 9.23 | $ - | $ 9.23 |
| Dues Fund | $ 197.46 | $ 472.95 | $ 360.55 | $ 64.94 | $ - | $ 1,095.89 |
| 401k | $ - | $ - | $ - | $ - | $ - | $ - |
| Savings | $ - | $ - | $ - | $ - | $ - | $ - |
| PAC | $ - | $ - | $ - | $ - | $ - | $ - |
| Sub-Total | $ 3,495.56 | $ 8,465.46 | $ 6,609.32 | $ 1,218.44 | $ - | $ 19,788.78 |
| | | | | | | |
| *Add Liquidated Damages at 8%* | | | | | | $ 1,583.10 |
| *Add Interest at Prime + 3% per month* | | | | | | $ 4,543.06 |
| *TOTAL* | | | | | | $ 25,914.94 |

\* After 2/29/2020 add interest per month of $127.80

# Plumbers Local 130 of the United Association
## Benefit Funds - Schedules of Amounts Due

| Employer Name: | Starr Plumbing, Inc. | Audit Period: | April 1, 2015 through December 31, 2018 |
| --- | --- | --- | --- |
| Employer Number: | P130-1018-5125 | Date of Audit: | April 9, 2019 |
| Person Contacted: | Laura Scatchell | Auditor(s): | Jen Decker |

| CODE | SSN | NAME | DATE | WORKED | REPORTED | DIFFERENCE | Welfare Rate | Welfare Due | Retiree Welfare Rate | Retiree Welfare Due | Pension Rate | Pension Due | Pension Defined Contribution | Pension Defined Contribution Due | Education Rate | Education Due | Industry Rate | Industry Due | Group Legal Rate | Group Legal Due | Target Fund Rate | Target Fund Due | Building - Garage Fund Rate | Building - Garage Fund Due | Dues Rate | Dues Due | Amount Due |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| P0 | TIN n/a | Unknown Workers | Dec-15 | 119.67 | | 119.67 | $11.18 | $1,337.91 | $2.61 | $312.34 | $10.55 | $1,262.52 | $1.50 | $179.51 | $1.08 | $129.24 | $0.39 | $46.67 | $ - | $ - | $0.25 | $29.92 | $ - | $ - | $1.65 | $197.46 | $3,495.56 |
| P0 | TIN n/a | Unknown Workers | Dec-16 | 279.85 | | 279.85 | $11.38 | $3,184.69 | $2.71 | $758.39 | $10.90 | $3,050.37 | $1.75 | $489.74 | $1.18 | $330.22 | $0.39 | $109.14 | $ - | $ - | $0.25 | $69.96 | $ - | $ - | $1.69 | $472.95 | $8,465.46 |
| P0 | TIN n/a | Unknown Workers | Dec-17 | 209.62 | | 209.62 | $11.58 | $2,427.40 | $2.76 | $578.55 | $11.35 | $2,379.19 | $2.00 | $419.24 | $1.28 | $268.31 | $0.39 | $81.75 | $ - | $ - | $0.45 | $94.33 | $ - | $ - | $1.72 | $360.55 | $6,609.32 |
| P0 | TIN n/a | Unknown Workers | Dec-18 | 36.90 | | 36.90 | $12.09 | $446.12 | $2.25 | $83.03 | $12.17 | $449.07 | $2.25 | $83.03 | $1.31 | $48.34 | $0.39 | $14.39 | $ - | $ - | $0.55 | $20.30 | $0.25 | $9.23 | $1.76 | $64.94 | $1,218.44 |

**Plumbers' Benefit Funds**
**Local 130 U.A.**

At Prime + 3% Per Annum

Liquidated Damages at 8%

Employer Name: Starr Plumbing, Inc.

Job Number: P130-1018-5125

| Month | Contribution Deficiencies | Balance Due | Interest | Interest Due | Liquidated Damages |
|---|---|---|---|---|---|
| Apr-15 | $ - | $ - | 6.25% | $ - | $ - |
| May-15 | $ - | $ - | 6.25% | $ - | $ - |
| Jun-15 | $ - | $ - | 6.25% | $ - | $ - |
| Jul-15 | $ - | $ - | 6.25% | $ - | $ - |
| Aug-15 | $ - | $ - | 6.25% | $ - | $ - |
| Sep-15 | $ - | $ - | 6.25% | $ - | $ - |
| Oct-15 | $ - | $ - | 6.25% | $ - | $ - |
| Nov-15 | $ - | $ - | 6.25% | $ - | $ - |
| Dec-15 | $ 3,495.56 | $ 3,495.56 | 6.25% | $ 18.21 | $ 279.64 |
| Jan-16 | $ - | $ 3,495.56 | 6.50% | $ 18.93 | $ - |
| Feb-16 | $ - | $ 3,495.56 | 6.50% | $ 18.93 | $ - |
| Mar-16 | $ - | $ 3,495.56 | 6.50% | $ 18.93 | $ - |
| Apr-16 | $ - | $ 3,495.56 | 6.50% | $ 18.93 | $ - |
| May-16 | $ - | $ 3,495.56 | 6.50% | $ 18.93 | $ - |
| Jun-16 | $ - | $ 3,495.56 | 6.50% | $ 18.93 | $ - |
| Jul-16 | $ - | $ 3,495.56 | 6.50% | $ 18.93 | $ - |
| Aug-16 | $ - | $ 3,495.56 | 6.50% | $ 18.93 | $ - |
| Sep-16 | $ - | $ 3,495.56 | 6.50% | $ 18.93 | $ - |
| Oct-16 | $ - | $ 3,495.56 | 6.50% | $ 18.93 | $ - |
| Nov-16 | $ - | $ 3,495.56 | 6.50% | $ 18.93 | $ - |
| Dec-16 | $ 8,465.46 | $ 11,961.02 | 6.50% | $ 64.79 | $ 677.24 |
| Jan-17 | $ - | $ 11,961.02 | 6.75% | $ 67.28 | $ - |
| Feb-17 | $ - | $ 11,961.02 | 6.75% | $ 67.28 | $ - |
| Mar-17 | $ - | $ 11,961.02 | 6.75% | $ 67.28 | $ - |
| Apr-17 | $ - | $ 11,961.02 | 7.00% | $ 69.77 | $ - |
| May-17 | $ - | $ 11,961.02 | 7.00% | $ 69.77 | $ - |
| Jun-17 | $ - | $ 11,961.02 | 7.00% | $ 69.77 | $ - |
| Jul-17 | $ - | $ 11,961.02 | 7.25% | $ 72.26 | $ - |
| Aug-17 | $ - | $ 11,961.02 | 7.25% | $ 72.26 | $ - |
| Sep-17 | $ - | $ 11,961.02 | 7.25% | $ 72.26 | $ - |
| Oct-17 | $ - | $ 11,961.02 | 7.25% | $ 72.26 | $ - |
| Nov-17 | $ - | $ 11,961.02 | 7.25% | $ 72.26 | $ - |
| Dec-17 | $ 6,609.32 | $ 18,570.34 | 7.25% | $ 112.20 | $ 528.75 |
| Jan-18 | $ - | $ 18,570.34 | 7.50% | $ 116.06 | $ - |
| Feb-18 | $ - | $ 18,570.34 | 7.50% | $ 116.06 | $ - |
| Mar-18 | $ - | $ 18,570.34 | 7.50% | $ 116.06 | $ - |
| Apr-18 | $ - | $ 18,570.34 | 7.75% | $ 119.93 | $ - |
| May-18 | $ - | $ 18,570.34 | 7.75% | $ 119.93 | $ - |
| Jun-18 | $ - | $ 18,570.34 | 7.75% | $ 119.93 | $ - |

**Plumbers' Benefit Funds**
**Local 130 U.A.**

At Prime + 3% Per Annum

Liquidated Damages at 8%

Employer Name: Starr Plumbing, Inc.

Job Number: P130-1018-5125

| Month | Contribution Deficiencies | Balance Due | Interest | Interest Due | Liquidated Damages |
|---|---|---|---|---|---|
| Jul-18 | $ - | $ 18,570.34 | 8.00% | $ 123.80 | $ - |
| Aug-18 | $ - | $ 18,570.34 | 8.00% | $ 123.80 | $ - |
| Sep-18 | $ - | $ 18,570.34 | 8.00% | $ 123.80 | $ - |
| Oct-18 | $ - | $ 18,570.34 | 8.25% | $ 127.67 | $ - |
| Nov-18 | $ - | $ 18,570.34 | 8.25% | $ 127.67 | $ - |
| Dec-18 | $ 1,218.44 | $ 19,788.78 | 8.25% | $ 136.05 | $ 97.48 |
| Jan-19 | $ - | $ 19,788.78 | 8.50% | $ 140.17 | $ - |
| Feb-19 | $ - | $ 19,788.78 | 8.50% | $ 140.17 | $ - |
| Mar-19 | $ - | $ 19,788.78 | 8.50% | $ 140.17 | $ - |
| Apr-19 | $ - | $ 19,788.78 | 8.50% | $ 140.17 | $ - |
| May-19 | $ - | $ 19,788.78 | 8.50% | $ 140.17 | $ - |
| Jun-19 | $ - | $ 19,788.78 | 8.50% | $ 140.17 | $ - |
| Jul-19 | $ - | $ 19,788.78 | 8.50% | $ 140.17 | $ - |
| Aug-19 | $ - | $ 19,788.78 | 8.25% | $ 136.05 | $ - |
| Sep-19 | $ - | $ 19,788.78 | 8.25% | $ 136.05 | $ - |
| Oct-19 | $ - | $ 19,788.78 | 8.00% | $ 131.93 | $ - |
| Nov-19 | $ - | $ 19,788.78 | 7.75% | $ 127.80 | $ - |
| Dec-19 | $ - | $ 19,788.78 | 7.75% | $ 127.80 | $ - |
| Jan-20 | $ - | $ 19,788.78 | 7.75% | $ 127.80 | $ - |
| Feb-20 | $ - | $ 19,788.78 | 7.75% | $ 127.80 | $ - |
| Total | $ 19,788.78 | | | $ 4,543.06 | $ 1,583.10 |