## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMAN EDUCATION AND TRAINING, LOCAL 130, U.A., PLUMBERS' RETIREMENT SAVINGS PLAN FUND, LOCAL 130, U.A., and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., GROUP LEGAL SERVICES PLAN FUND, | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 19 CV 6670 |
| v. | ) ) ) | Judge: Pacold |
| STARR PLUMBING, INC., | ) ) | Magistrate Judge: Cummings |
| Defendant. | ) ) | |

### DECLARATION PURSUANT TO 28 U.S.C. § 1746

I, Michael J. McGuire, in support of the Motion for Default Judgment states as follows:

1.      I am an attorney who was retained by the Plaintiffs and its associated fringe benefit funds.  I am licensed to practice law in the State of Illinois and in the Northern District of Illinois.

2.      I have personal knowledge of the facts stated herein and if called to testify in this matter, I can competently testify to such facts from my own such knowledge.

3.      I have in excess of 12 years' experience representing trust funds in Federal Court litigation to collect delinquent contributions pursuant to ERISA.

4.      I have devoted eleven (11.00) hours in connection with the above-captioned case at the rate of $270.00 per hour totaling $2,970.00.

5.      In addition, the filing fee was $400.00 and the fees for service of process were an additional $55.00.  These costs are totaling $455.00.


6.      I certify that the foregoing costs and attorney's fees totaling $3,425.00 were necessary and reasonable.


I declare under penalty of perjury that the foregoing is true and correct.


Dated: July 14, 2020          Signature: /s/ Michael J. McGuire