IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMAN EDUCATION AND TRAINING, LOCAL 130, U.A., PLUMBERS' RETIREMENT SAVINGS PLAN FUND, LOCAL 130, U.A., and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., GROUP LEGAL SERVICES PLAN FUND, <br><br>     Plaintiffs,<br><br> v.<br><br>STARR PLUMBING, INC,<br><br>     Defendant. | Case No.: 19 CV 6670 <br><br> Honorable Judge Pacold <br><br> Magistrate Judge Cummings |

## NOTICE OF FILING

TO: Starr Plumbing, Inc.     Ms. Gianna Scatchell
   Ms. Laura A. Scatchell, Registered Agent Law Offices of Gianna Scatchell
   912 Norwood Drive     360 W. Hubbard, Suite 1404
   Melrose Park, IL 60160    Chicago, IL 60654

   PLEASE TAKE NOTICE that on July 15, 2020, the Plaintiffs filed the attached Motion for Default Judgment with the Clerk of the District Court for the United States, located at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois.

             s/: Michael J. McGuire
             By: Michael J. McGuire

Michael J. McGuire
ARDC #:6290180
Gregorio ♦ Marco
Attorney for Plaintiffs
2 North LaSalle Street
Chicago, IL 60602

STATE OF ILLINOIS)
                     ) SS
COUNTY OF COOK )

  Sonya Bain being first duly sworn on oath, deposes and says that she served the above and foregoing Motion for Default Judgment by depositing in the U.S. mail at Two North LaSalle Street, Suite 1650, Chicago, IL, a true and correct copy thereof in a sealed envelope first class postage prepaid addressed to the person to whom said Notice is directed and through the ECF system on the 15th day of July, 2020.

| | |
|---|---|
| Starr Plumbing, Inc. | Ms. Gianna Scatchell |
| Ms. Laura A. Scatchell, Registered Agent | Law Offices of Gianna Scatchell |
| 912 Norwood Drive | 360 W. Hubbard, Suite 1404 |
| Melrose Park, IL 60160 | Chicago, IL 60654 |

**Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the Statements set forth in this instrument are true and correct, except as to Matters therein stated to be on information and belief and as to matters the Undersigned certifies as aforesaid that he verily believes the same to be true.**

                                        /s/: Sonya Bain
                                        **By: Sonya Bain**

Gregorio ♦ Marco
Attorney for Plaintiffs
2 North LaSalle Street
Chicago, IL 60602
(312) 263-2343