# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Plumbers Pension Fund, Local 130 U.A., et al.

                                        Plaintiff,

v.                                             Case No.: 1:19–cv–06670
                                                       Honorable Martha M. Pacold

Starr Plumbing, Inc.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 16, 2020:

       MINUTE entry before the Honorable Martha M. Pacold:Plaintiffs shall serve defendants with this notice. Any objection to plaintiffs' motion for default judgment [20] must be filed by 7/24/2020.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.